IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

Joyce Marie Griggs
John Doe 1-10
Plaintiffs

vs.

Brad Raffensperger
in his individual and official capacity as
Secretary of State for the State of Georgia
and as Chair of the State Election Board of Georgia;
Chatham County Georgia Board of elections;
individually and in their official capacities:
Russell Bridges-Supervisor
Thomas Mahoney III (Chairman)
Albert Scott-Chairman Chatham County
Board of Commission
and John Doe 1-10

USDC Case Case No.:1:20-cv-3272

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 0 9 2020

JAMES N. HATTEN, Clerk
By: KW Deputy Clerk

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Comes now Plaintiff and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants without prejudice.

This 5th day of October, 2020.

Joyce M. Griggs
1 Baysprings Ct
Savannah, GA 31405
(912)316-6009

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

2020

JAMES N. HATTEN, Clerk
By: Kw
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

Joyce Marie Griggs  
John Doe 1-10  
Plaintiffs

USDC Case Case No.:1:20-cv-3272

vs.

Brad Raffensperger  
in his individual and official capacity as  
Secretary of State for the State of Georgia  
and as Chair of the State Election Board of Georgia;  
Chatham County Georgia Board of elections;  
individually and in their official capacities:  
Russell Bridges-Supervisor  
Thomas Mahoney III (Chairman)  
Albert Scott-Chairman Chatham County  
Board of Commission  
and John Doe 1-10

## PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT

Comes now Plaintiff and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against defendants without prejudice.

This 5th day of October, 2020.

Joyce M. Griggs  
1 Baysprings Ct  
Savannah, GA 31405  
(912)316-6009

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF GEORGIA ATLANTA DIVISION

Joyce Marie Griggs
John Doe 1-10
Plaintiffs

USDC Case Case No.:1:20-cv-3272

vs.

Brad Raffensperger
in his individual and official capacity as
Secretary of State for the State of Georgia
and as Chair of the State Election Board of Georgia;
Chatham County Georgia Board of elections;
individually and in their official capacities:
Russell Bridges-Supervisor
Thomas Mahoney III (Chairman)
Albert Scott-Chairman Chatham County
Board of Commission
and John Doe 1-10

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 09 2020

JAMES N. HATTEN, Clerk
By: KW
Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that I have this day mailed a copy of the dismissal to:

Chatham County Attorney
Jennifer Davenport
124 Bull St
Savannah, GA 31401

Attorney Beth Young
40 Capitol Square SW
Atlanta, GA 30334

This 5th day of October, 2020

Joyce M. Griggs
1 Baysprings Ct
Savannah, GA 31405

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

Joyce Marie Griggs
John Doe 1-10
Plaintiffs

vs.

Brad Raffensperger
in his individual and official capacity as
Secretary of State for the State of Georgia
and as Chair of the State Election Board of Georgia;
Chatham County Georgia Board of elections;
individually and in their official capacities:
Russell Bridges-Supervisor
Thomas Mahoney III (Chairman)
Albert Scott-Chairman Chatham County
Board of Commission
and John Doe 1-10

USDC Case Case No.:1:20-cv-3272

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 09 2020

JAMES N. HATTEN, Clerk
By: KW
Deputy Clerk

CERTIFICATE OF SERVICE

I certify that I have this day mailed a copy of the dismissal to:

Chatham County Attorney
Jennifer Davenport
124 Bull St
Savannah, GA 31401

Attorney Beth Young
40 Capitol Square SW
Atlanta, GA 30334

This 5th day of October, 2020

Joyce M. Griggs
1 Baysprings Ct
Savannah, GA 31405

1 Bayprings Ct
Sav, GA 31405

JACKSONVILLE FL 320
6 OCT 2020 PM 3 L



Office of Clerk
U.S. District Court
75 Ted Turner Dr SW
Atlanta, GA 30303-3361

30303-336199