IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOYCE MARIE GRIGGS, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>BRAD RAFFENSPERGER, in his individual and official capacity as Secretary of State for the State of Georgia and as Chair of the State of Election Board of Georgia, et al.,<br><br>*Defendants.* | CIVIL ACTION<br><br>FILE NO. 1:20-cv-3272-LMM |

## STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

This 26th day of Oct, 2020.

_____
JOYCE MARIE GRIGGS
Plaintiff
1 Baysprings Ct.
Savannah, GA 31045
(912) 316-6009

[SIGNATURES CONTINUED ON FOLLOWING PAGE]

| | | | |
|---|---|---|---|
| CHRISTOPHER M. CARR | 112505 | /s/ R. Jonathan Hart | |
| Attorney General | | State Bar No. 333692 | |
| BRYAN K. WEBB | 743580 | /s/ Jennifer R. Davenport | |
| Deputy Attorney General | | State Bar No. 330328 | |
| RUSSELL D. WILLARD | 760280 | | |
| Senior Assistant Attorney General | | Chatham County Attorney's Office | |
| /s/Elizabeth T. Young | | P.O. Box 8161 | |
| ELIZABETH T. YOUNG | 707725 | Savannah, GA 31412 | |
| Assistant Attorney General | | (T): (912) 652-7881 | |
| LEE M. STOY, JR. | 884654 | (F): (912) 652-7887 | |
| Assistant Attorney General | | Email: rjhart@chathamcounty.org | |
| | | jdavenport@chathamcounty.org | |

Georgia Department of Law
40 Capitol Square SW
Atlanta, GA  30334
eyoung@law.ga.gov
404-458-3425
Attorneys for Defendant
Brad Raffensperger

Attorneys for Defendants Chatham County Board of Elections, Russell Bridges, Albert Scott, and John Does 1-10

## Certificate of Service

I hereby certify that this filing conforms to the requirements of L.R. 5.1(C). This filing is written in 14 point Times New Roman font.

I hereby certify that on October 28, 2020 I electronically filed this STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Joyce Marie Griggs
1 Baysprings Ct.
Savannah, GA 31405

This 28th day of October, 2020.

/s/Elizabeth T. Young
ELIZABETH T. YOUNG     707725
Assistant Attorney General